### Ex parte Walter TINSLEY.
#### No. 25897.

Court of Criminal Appeals of Texas.
June 11, 1952.

H. L. Williford, Hugh D. Reed, Jr., Fairfield, Ellen Victery, Teague, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

This is a companion case to Ex parte Wiley, Tex.Cr.App., 249 S.W.2d 627. The same question is involved as in the Wiley case.

Upon considering the application and the order made thereon, and the argument of counsel, we are of the opinion that the order of the District Court remanding relator to the custody of the sheriff should be affirmed. The clerk will issue mandate accordingly.